# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **AMENDED ORDER OF** |
| Plaintiff, | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| vs. | ) | |
| | ) | |
| Jesus Ramon Chavez-Minjares, | ) | Case No.  1:07-cr-017 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed on May 11, 2007, the Indictment against the defendant, Jesus Ramon Chavez-Minjares, is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 15th day of May, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court